IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANNON REDMOND** | : | **CIVIL ACTION** |
| | : | |
| V. | : | NO. 10-6809 |
| | : | |
| **TRANS UNION, LLC** | : | |

**O R D E R**

AND NOW, this 28th day of January, 2011, it is hereby **ORDERED** that a Rule 16 Scheduling Conference in the above-captioned case will be held by telephone conference on **Wednesday, March 2, 2011, at 2:00 P.M.** Plaintiff's counsel shall initiate the call by contacting opposing counsel and, subsequently, placing the call to Chambers (267-299-7490) at the aforementioned time.

Counsel should consult Judge Rufe's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the teleconference. If trial counsel is attached for trial in a court of record prior to the time of the teleconference, he/she should advise the Judge and opposing counsel in writing at the earliest possible date, and another attorney in such trial counsel's office should participate in the teleconference. Any attorney participating in the teleconference shall have evaluated the case for settlement purposes and have settlement authority from the client. Counsel should be prepared to present argument on any and all motions that are pending at the time of the teleconference. Counsel must enter his/her appearance in the case prior to the teleconference.

The attached Scheduling Information Report must be completed and returned to Chambers via facsimile (267-299-5077) or regular mail, so that it is received at least **three (3) business days** before the teleconference.

Failure to comply with these directives may result in the imposition of sanctions. The teleconference will be continued to another date only under exceptional circumstances.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**

**SCHEDULING INFORMATION REPORT**
(To be completed and returned to Judge Rufe's
Chambers three (3) days before the conference)

Caption: _____

Civil Action No.: _____

Jury Trial _____   Non-Jury Trial _____   Arbitration _____

**PARTIES AND ATTORNEYS**

Plaintiff(s): _____

_____

Plaintiff's Counsel: _____

_____

_____

Address: _____

Phone: _____   Fax: _____

Defendant(s): _____

_____

Defendant's Counsel: _____

_____

_____

Address: _____

Phone: _____   Fax: _____

## **CASE DETAILS**

Basis for Federal Jurisdiction:_____

List and number all claims/counterclaims/crossclaims in YOUR Complaint/Answer:_____

_____

_____

_____

_____

_____

Attach as Appendix A to this Scheduling Information Report a concise statement of the case, not to exceed one page (typewritten, double-spaced), setting forth the general factual allegations underlying the claims and/or defenses in the case.

## **DISCOVERY**

Have you complied with the duty of self-executing disclosure under Federal Rule of Civil Procedure 26(a)?

_____ When? _____ If not, why? _____

_____

_____

Have you filed a discovery plan pursuant to Federal Rule of Civil Procedure 26(f)?

_____ When? _____ If not, why? _____

_____

_____

Discovery completed? _____ If not, when? _____

If you contend the discovery period should exceed four months after all defendants have filed an appearance, please state reasons:

_____

_____

Ready for trial by: _____
                      Date

Is a settlement conference likely to be helpful? _____

If so, when: Early _____(yes/no)   After discovery _____

Do you expect to file a case dispositive motion? _____

_____

If so, by what date? _____

**TRIAL**

Time to present your case:_____

Estimated time for entire trial:_____

Date:_____

_____
Signature of counsel preparing the form


_____
Typed or printed name